# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOHN SCOTT | : No. 288 EAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| CITY OF PHILADELPHIA, ZONING | : |
| BOARD OF ADJUSTMENT AND FT | : |
| HOLDINGS L.P. | : |
| | : |
| | : |
| | : |
| PETITION OF:  FT HOLDINGS L.P. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Whether the Commonwealth Court erred when it held that FT Holdings' objection to standing was untimely and the issue of standing was waived where, pursuant to the Pennsylvania's Supreme Court holding <u>Spahn v. Zoning Bd. of Adjustment</u>, 977 A.2d 1132 (Pa. 2009), standing to appear before the SBA is fundamentally different than standing to appeal a [Board] decision to the Court of Common Pleas and the issue of standing was, therefore, timely raised by FT Holding[s'] Motion to Quash.

(2)    Whether, pursuant to the Pennsylvania's Supreme Court's holding in <u>Spahn v. Zoning Bd. of Adjustment</u>, 977 A.2d 1132 (Pa. 2009), John Scott lacks standing to appeal the decision of the Philadelphia Zoning Board of Adjustment and, as a result, the trial court properly dismissed his appeal with prejudice.